612

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY MARINELLA, ET ALS., DEFENDANTS-PETITIONERS.

See same case below: 24 *N. J. Super.* 49.

*Messrs. Malandra & Tomaselli* and *Mr. Emerson L. Richards* for the petitioners.

*Mr. Harold T. Parker* for the respondent.

March 30, 1953.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOHN HENRY TUNE, DEFENDANT-RESPONDENT.

See same case below: 24 *N. J. Super.* 428.

*Mr. Edward Gaulkin* and *Mr. C. William Caruso* for the petitioner.

March 30, 1953.   Granted.